IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 12-192-1 |
| | : | |
| **JEFFREY HARRISON** | : | |

# <u>ORDER</u>

**AND NOW**, this 31st day of October 2025, upon considering the incarcerated Defendant's Motion for compassionate release (ECF 163), mindful we have twice before denied motions to reduce or alter his sentence (ECF 132, 157), the United States' Response (ECF 165), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF 163) is **DENIED** without prejudice.

_____
**KEARNEY, J.**