### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL ACTION** |
| | : |
| **v.** | : **NO. 12-192-1** |
| | : |
| **JEFFREY HARRISON** | : |

## ORDER

**AND NOW**, this 26th day of June 2026, upon considering the incarcerated Defendant's Motion for compassionate release (ECF 173) arguing the same arguments we reviewed and denied last Fall and again not finding extraordinary and compelling reasons for compassionate release, the United States' Response (ECF 175), Defendant's Motion for appointment of a specific federal defender (ECF 176), and for reasons detailed in today's accompanying Memorandum,  it is **ORDERED** we **DENY** Defendant's Motions for:

1.     Compassionate release (ECF 173); and,

2.     Appointment of a specific federal defender (ECF 176) as moot.

_____
**KEARNEY, J.**